Sareen Bezdikian (SBN 229165)
Email: sareen@bezdikkassab.com
Raffi Kassabian (SBN 260358)
Email: raffi@bezdikkassab.com
**BEZDIK KASSAB LAW GROUP**
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101
Telephone: (626) 499-6998
Facsimile: (626) 499-6993

Attorneys for Synchrony Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON SARIBEKYAN, an individual, and LS APPLIANCE & ELECTRONICS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; SYNCHRONY BANK, a federal banking institution,<br><br>Counterclaimant,<br><br>v.<br><br>LEVON SARIBEKYAN, an individual; LS APPLIANCE & ELECTRONICS, INC., a California corporation; RAFIK DILANYAN, an individual; GLENDORA APPLIANCE INC., a California corporation, and DOES 1-10,<br><br>Counterclaim Defendants. | Case No.: 2:21-cv-00388-PSG-JPR<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Philip S. Gutierrez<br>Courtroom 6A.<br><br>Action filed: May 26, 2020<br>FAC filed: December 9, 2020<br>Action removed: January 14, 2021<br>Counterclaim filed: February 25, 2021<br>FAC filed: June 15, 2021 |

- 1 -

**NOTICE OF SETTLEMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that Plaintiffs and Counterclaim Defendants Levon Saribekyan and LS Appliance & Electronics, on the one hand, and Defendant and Counterclaimant Synchrony Bank, on the other hand, have reached a settlement as to all claims between them in the above-entitled action. The parties will file a stipulation and proposed order to dismiss the case with prejudice.

Dated: September 7, 2021        **BEZDIK KASSAB LAW GROUP**

By: _____
Raffi Kassabian

Raffi Kassabinan
Sareen Bezdikian
Attorneys for Defendant and
Counterclaimant Synchrony Bank

**NOTICE OF SETTLEMENT**