UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-00388-PSG-JPRx | Date | September 15, 2021 |
|---|---|---|---|
| Title | Levon Saribekyan, et al v. JPMorgan Chase Bank,N.A., et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| W. Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** ORDER DISMISSING ACTION

    The Court, having been advised by a Notice of Settlement [46] that the case has settled, hereby orders all proceedings, if any, vacated and the action dismissed without prejudice.

    Further, the Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

Initials of Preparer   wh