Sareen Bezdikian (SBN 229165)
Email: sareen@bezdikkassab.com
Raffi Kassabian (SBN 260358)
Email: raffi@bezdikkassab.com
**BEZDIK KASSAB LAW GROUP**
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101
Telephone: (626) 499-6998
Facsimile: (626) 499-6993
Attorneys for Defendant and
Counterclaimant Synchrony Bank

[Additional Counsel listed on the following page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON SARIBEKYAN, and individual, and LS APPLIANCE & ELECTRONICS, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A.; SYNCHRONY BANK, a federal banking institution; and DOES 1-10, <br><br> Defendants. | Case No.: 2:21-cv-00388-PSG-JPR <br><br> **JOINT STIPULATION FOR DISBURSAL OF INTERPLEAD FUNDS** <br><br> Hon. Philip S. Gutierrez <br> Courtroom 6A. <br><br> Action filed:     May 26, 2020 <br> FAC filed:     December 9, 2020 <br> Action removed:   January 14, 2021 <br> Counterclaim filed: February 25, 2021 <br> First Amended Counterclaim filed: <br>         June 15, 2021 <br><br> *[Filed Concurrently with [Proposed] Order]* |
| SYNCHRONY BANK, a federal banking institution, <br><br> Counterclaimant <br><br> v. <br><br> LEVON SARIBEKYAN, an individual; LS APPLIANCE & ELECTRONICS, INC., a California corporation; RAFIK DILANYAN, an individual; GLENDORA APPLIANCE INC., a California corporation, and DOES 1-10, | |

BEZDIK KASSAB LAW GROUP

- 1 -

DISBURSAL OF INTERPLEAD FUNDS

Aidan W. Butler (SBN 208399)
Email: tocontactaidan@gmail.com
3550 Wilshire Blvd. Suite 1924
Los Angeles, California 90010
Telelphone: (213) 388-5168
Facsimile: (213) 388-5178
Attorney for Levon Saribekyan and LS Appliance & Electronics, Inc.

BEZDIK KASSAB LAW GROUP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

JOINT STIPULATION FOR DISBURSAL OF INTERPLEAD FUNDS

Plaintiffs and Counterclaim Defendants Levon Saribekyan ("Saribekyan") and LS Appliance & Electronics, Inc. ("LS Appliance") on the one hand (collectively, "Plaintiffs"), and Defendant and Counterclaimant Synchrony Bank, on the other hand ("Synchrony" or "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Saribekyan filed the initial complaint in this case in California state court on May 26, 2020,

WHEREAS this initial complaint named as defendant JPMorgan Chase Bank, N.A. ("Chase"), but did not name Synchrony as a defendant,

WHEREAS Saribekyan filed an amended complaint on December 9, 2020, naming Synchrony as a defendant,

WHEREAS this action was removed to the United States District Court for the Central District of California on January 14, 2021,

WHEREAS Synchrony filed a Counterclaim, naming Saribekyan and LS Appliance as counterclaim defendants, on February 25, 2021,

WHEREAS the Court on March 4, 2021 accepted a stipulation for interpleader by Chase, whereby Chase deposited funds of $766,856.08 into the Court's Disputed Ownership Registry Fund (the "Interplead Funds"),

WHEREAS the Parties dispute the ownership of the aforementioned $766,856.08,

WHEREAS said stipulation for interpleader resulted in Chase's dismissal from the case and left Synchrony as the only non-"Doe" defendant on the amended Complaint,

WHEREAS Synchrony filed an amended Counterclaim on June 15, 2021,

WHEREAS, on September 10, 2021, Synchrony filed a Notice of Settlement as to all claims between them in the underlying action and counterclaim;

WHEREAS, on September 15, 2021, the Court issued a minute order dismissing the action without prejudice and retaining jurisdiction to vacate this order and to

BEZDIK KASSAB LAW GROUP

- 3 -

**JOINT STIPULATION FOR DISBURSAL OF INTERPLEAD FUNDS**

1    reopen the action upon showing of good cause that the settlement has not been
2    completed;
3        NOW, THEREFORE, the Parties do agree and hereby stipulate and jointly move
4    as follows:
5        1.    That the Interplead Funds be disbursed as follows:
6            **a.**$66,000.00 of said principal to be disbursed to Plaintiff Levon Saribekyan,
7                with the check payable to Levon Saribekyan;
8            **b.**    The remaining amount of $700,856.08 of principal to be disbursed to
9                Synchrony with the check payable to the Bezdik Kassab Law Group LLP
10                Lawyers Trust Account;
11            **c.**Any interest earned to be disbursed to Synchrony with the check payable
12                to the Bezdik Kassab Law Group LLP Lawyers Trust Account; and
13        2.    That the Court retain jurisdiction of this action for an additional 30 days in
14    order for the Parties to finalize and effectuate the disbursement of the Interplead
15    Funds.

16

17    Dated: November 8, 2021                    **AIDAN W. BUTLER**

18

19

20                                _/s/ Aidan W. Butler___ _____
21                                Aidan W. Butler
22                                Attorney for Levon Saribekyan and LS
                                Appliance & Electronics, Inc.

23

24    Dated:  November 8, 2021                    **BEZDIK KASSAB LAW GROUP**

25

26                                /s/ Raffi Kassabian
27                                Raffi Kassabian
28                                Attorney for Synchrony Bank

- 4 -

**JOINT STIPULATION FOR DISBURSAL OF INTERPLEAD FUNDS**